IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| TOMMETTE CUEBAS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | 5:06-CV-144 (CAR) |
| | : | |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of Social Security, | : | |
| | : | |
| Defendant. | : | |

## *ORDER ON THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is the United States Magistrate Judge's Recommendation (Doc. 14) to reverse the Social Security Commissioner's final decision and remand the matter for further review. No Objections to the Recommendation have been filed within the applicable time period. Upon review of the Recommendation, the arguments of counsel, and the record in the case, the Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation is therefore **ADOPTED,** the final decision of the Commissioner is **REVERSED**, and this matter is **REMANDED** to the Commissioner for further proceeding consistent with this Order.

**SO ORDERED**, this 27th day of September, 2007.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SCS/ssh